**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DELLEMOND CUNNINGHAM                                                                                    PETITIONER
ADC #104415

v.                                          NO. 5:16CV00109-JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                    RESPONDENT

## JUDGMENT

Dellemond Cunningham's petition for a writ of habeas corpus is dismissed with prejudice.

IT IS SO ADJUDGED this 3rd day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE